DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| KATHLENE M CHAQUETTE | Case No. 07-51166 CN |
| | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2495251 for an unclaimed dividend in the amount of $379.00. The name and address of the claimant entitled to the unclaimed dividend is as follows;

KATHLENE M CHAQUETTE
**MAIL RET'D 01/11**
1295 CIRCLE AVE
SEASIDE, CA 93955

Dated: August 16, 2011

DEVIN DERHAM-BURK, TRUSTEE